1  SHARON D. MAYO (SBN: 150469)
   sharon.mayo@arnoldporter.com
2  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center,
3  10th Floor San Francisco, CA 94111-4024
   Tel.: 415.471.3100
4  Fax: 415.471.3400
   *Counsel for Defendant* BRISTOL-MYERS
5  SQUIBB COMPANY

6  AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
   Sin-Ting Mary Liu (CA SBN: 282884)
7  mliu@awkolaw.com
   875-A Island Drive, #144
8  Alameda, CA 94502
   Telephone:    510.698.9566
9  Facsimile:    850.916.7449
   *Counsel for Plaintiffs*

10
   [Additional counsel listed on signature pages]
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15  JOAN WILLIAMS, JOHNNY MADRID,         | **Case No. 4:18-cv-05052-**
    DAUNA DESROSIERS, and NIKI
16  ZULLO,                                | **STIPULATION TO STAY PROCEEDINGS**
                                          | **PENDING TRANSFER TO THE ABILIFY®**
17            Plaintiffs,                 | **MDL; [PROPOSED] ORDER**

18       v.

19  BRISTOL-MYERS SQUIBB COMPANY,
    MCKESSON CORPORATION, OTSUKA
20  AMERICA PHARMACEUTICAL, INC.,
    OTSUKA PHARMACEUTICAL CO.,
21  LTD., and DOES 1 TO 100,

22            Defendants.

Defendants Bristol-Myers Squibb Company ("BMS"), Otsuka America Pharmaceutical, Inc. ("OAPI"), and McKesson Corporation ("McKesson") (collectively, "Defendants"), and the above-captioned Plaintiffs ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court enter an order establishing the following:

WHEREAS, on August 15, 2018, Plaintiffs filed their Complaint in the Superior Court of California in and for San Francisco County,

WHEREAS, on August 17, 2018, BMS removed this case from the Superior Court of the State of California in and for San Francisco County to the U.S. District Court for the Northern District of California,

WHEREAS, no Defendant has filed an Answer or other responsive pleading,

WHEREAS, on August 20, 2018, Plaintiffs filed a motion to remand (ECF No. 4),

WHEREAS, on August 21, 2018, the Judicial Panel on Multidistrict Litigation (the "JPML") entered Conditional Transfer Order ("CTO")-23, conditionally transferring this case to MDL-2734, *In re Abilify (Aripiprazole) Products Liability Litigation*, No. 3:16-md-2734-MCR-GRJ (N.D. Fla.) (the "Abilify MDL"),

WHEREAS, Plaintiffs agree to not oppose transfer of this case to the Abilify MDL and to withdraw any pending oppositions thereto,

WHEREAS, the Parties agree to defer all briefing and argument on Plaintiffs' motion to remand pending transfer to the Abilify MDL,

WHEREAS, Plaintiffs agree to withdraw, without prejudice, their pending motion to remand (ECF No. 4),

WHEREAS, the Parties agree to stay all proceedings in this Court pending transfer to the Abilify MDL,

WHEREAS, the Court has the inherent power to stay its proceedings,

WHEREAS, Defendants contend that courts in the Northern District of California and elsewhere have determined that a stay pending transfer to the Abilify MDL is of limited duration causing little or no prejudice, uses party and judicial resources efficiently, and promotes uniformity,

consistency, and predictability in litigation (*see* Order ECF No. 16, *Rollo v. Bristol-Myers Squibb, Co.*, No. 4:18-cv-2577-HSG (N.D. Cal. May 15, 2018); *Pamintuan v. Bristol-Myers Squibb Co.*, No. 16-cv-00254-HSG, 2016 WL 4319844 (N.D. Cal. July 14, 2016) (Gilliam, J.); Order, ECF No. 60, *Ginsberg v. Bristol Myers Squibb Co.*, No. 1:17-cv-11606-WGY (D. Mass. Sept. 26, 2017); Order, ECF No. 13, *Stiggle v. Bristol-Myers Squibb Co.*, No. 3:17-cv-01387-JAM (D. Conn. Sept. 5, 2017)),

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

1. The proceedings in this action will be stayed pending the JPML's transfer order;
2. Plaintiffs' motion to remand (ECF No. 4) is withdrawn without prejudice;
3. Plaintiffs will withdraw their opposition to CTO-23;
4. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' non-opposition to the transfer of this case to the Abilify MDL;
5. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' agreement to stay these proceedings pending transfer to the Abilify MDL; and
6. Defendants' Answers or other responsive pleadings will not be due until 30 days after the JPML enters its transfer order.

**IT IS SO STIPULATED AND AGREED**.

ARNOLD & PORTER KAYE SCHOLER LLP

Dated: August 31, 2018    By: */s/ Sharon D. Mayo*
                               Sharon D. Mayo (SBN: 150469)
                               sharon.mayo@arnoldporter.com
                               Three Embarcadero Center, 10th Floor
                               San Francisco, California 94111-4024
                               Telephone: 415.471.3100
                               Facsimile: 415.471.3400

                               *Counsel for Defendant*
                               *Bristol-Myers Squibb Company*

WINSTON & STRAWN LLP

By: */s/ Krista M. Enns*
 Krista M. Enns (SBN: 206430)
 kenns@winston.com
 101 California Street, 34th Floor
 San Francisco, CA 94111-5840
 Telephone: 415.591.1000
 Facsimile: 415.591.1400

*Counsel for Defendant*
*Otsuka America Pharmaceutical, Inc.*

JOSEPH & COHEN

By: */s/ Jonathan M. Cohen*
 Jonathan M. Cohen (SBN: 168207)
 jcohen@josephandcohen.com
 1855 Market Street
 San Francisco, CA 94103
 Telephone: 415.817.9200
 Facsimile: 415.223.3468

*Counsel for Defendant*
*McKesson Corporation*

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

By: */s/ Sin-Ting Mary Liu*
 Sin-Ting Mary Liu (CA SBN: 282884)
 mliu@awkolaw.com
 875-A Island Drive, #144
 Alameda, CA 94502
 Telephone: 510.698.9566
 Facsimile: 850.916.7449

*Counsel for Plaintiffs*

I, Sharon D. Mayo, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Sharon D. Mayo*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/5/2018     By: *Haywood S. Gilliam Jr.*
Haywood S. Gilliam, Jr.
United States District Judge